UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY THOMAS HARDIN, JR., <br><br> Plaintiff, <br><br> v. <br><br> PATRICK COVELLO, et al., <br><br> Defendants. | No. 2:23-cv-1902 DAD AC P <br><br><br> ORDER |

Plaintiff filed motions for a sixty-day extension of time to file an amended complaint. Good cause appearing, the motions will be granted. Plaintiff has also filed a motion to proceed in forma pauperis which will be denied as moot because he is already proceeding in forma pauperis.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis (ECF No. 15) is DENIED as moot;

2. Plaintiff's motions for an extension of time (ECF Nos. 18, 19) are GRANTED; and

3. Plaintiff is granted sixty days from the service of this order to file a second amended complaint.

DATED: January 7, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE