UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY THOMAS HARDIN, JR., Plaintiff, v. PATRICK COVELLO, et al., Defendants. | No. 2:23-cv-01902-DAD-AC P<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING SECOND AMENDED COMPLAINT WITHOUT FURTHER LEAVE TO AMEND<br><br>(Doc. No. 32) |

Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 5, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's second amended complaint be dismissed without further leave to amend. (Doc. No. 32.) Specifically, the magistrate judge concluded that plaintiff again had failed to allege any facts supporting his conclusory claim that he is being denied medical treatment due to his sexual orientation. (*Id.* at 3.) As to his deliberate indifference claims, the magistrate judge observed that plaintiff had again failed to make any allegations against over a dozen of the named defendants, and had made only conclusory allegations against numerous other defendants. (*Id.*) Finally, the magistrate judge concluded that plaintiff had already been given two opportunities to amend his complaint after being directed by the court as to what kind

of information needed to be included in his complaint and that given his failure to cure the noted deficiencies the granting of further leave to amend would be futile. (*Id.* at 4.)

The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (*Id.* at 5.) On June 17, 2025, the court received plaintiff's objections to the pending findings and recommendations.[1] (Doc. No. 33.) Therein, plaintiff argues only that his rights have been violated in that he is being denied medical services. These objections do not meaningfully address nor provide a basis upon which to reject the magistrate judge's well-reasoned and thorough findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on June 5, 2025 (Doc. No. 32) are adopted in full;
2. Plaintiff's second amended complaint is dismissed with prejudice due to plaintiff's failure to state a claim upon which relief may be granted; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 30, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] The court apologizes for the delay in the issuance of this order. Due to an oversight, the undersigned was unaware that these findings and recommendations were pending before the court until recently.